EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Omar T. Ojeda Arcelay | 2007 TSPR 73<br><br>170 DPR \_\_\_\_ |

Número del Caso: TS-4797


Fecha: 20 de abril de 2007


Abogado de la Parte Peticionaria:

      Por Derecho Propio


Colegio de Abogados de Puerto Rico:

      Lcdo. José M. Montalvo Trías
      Director Ejecutivo



Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

TS-4797

Omar T. Ojeda Arcelay

RESOLUCION

San Juan, Puerto Rico, a 20 de abril de 2007.

Evaluada la "Moción Solicitando Autorización para Baja Voluntaria" de 8 de marzo de 2007 presentada por el Colegio de Abogados de Puerto Rico se autoriza al Lcdo. Omar Tomás Ojeda Arcelay, a darse de baja como abogado, según solicitado por éste.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo